**DYKEMA GOSSETT LLP**
ASHLEY R. FICKEL, SBN: 237111
afickel@dykema.com
JOY L. GANES, SBN: 270818
jganes@dykema.com
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071

Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendant
ASSET ACCETPANCE, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEFINA RODRIGUEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>ASSET ACCEPTANCE. LCC; FULTON, FRIEDMAN & GULLACE, LLP; DOES 1-10<br><br>    Defendants. | Case No: 3:13-cv-00177-GPC-RBB<br><br>**JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

**TO THE HONORABLE COURT HEREIN:**

Please take notice that the parties to the above-captioned matter have entered into a written settlement agreement resolving all of the issues in this case. Performance under that agreement being completed, the parties hereby stipulate that the entire matter should now be dismissed with prejudice.

IT IS SO STIPULATED.

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: May 22, 2013 | PATRICK HOWE LAW |
|   | By: s/Patrick Howe<br>Patrick Howe<br>Attorney for Plaintiff<br>Josefina Rodriguez<br>E-mail: pat@patrickhowelaw.com |
| Dated: May 22, 2013 | KEENEY WAITE & STEVENS |
|   | By: s/Todd F. Stevens<br>Todd F. Stevens<br>Brian L. Frary<br>Attorneys for Defendant<br>FULTON FRIEDMAN & GULLACE, LLP<br>E-mail: tstevens@keenlaw.com |
| Dated: May 22, 2013 | DYKEMA GOSSETT LLP |
|   | By: s/Ashley R. Fickel<br>Ashley R. Fickel<br>Joy L. Ganes<br>Attorneys for Defendant<br>ASSET ACCEPTANCE, LLC<br>E-mail: afickel@dykema.com |

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 333 South Grand Avenue, Suite 2100, Los Angeles, California 90071

On May 22, 2013, I served the foregoing document described as **JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE** on all interested parties in this action as follows:

☒ **(BY ELECTRONIC MAIL TRANSMISSION)**  As addressed to all parties appearing on the Court's ECF service list in this action via the Southern District of California's Court's CM/ECF system, and shall be available for viewing and downloading from the ECF system). I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

☐ **(BY E-MAIL)** I caused such document to be transmitted by electronic format to the office of the addressee(s) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **(BY OVERNIGHT MAIL)** via Federal Express.

☐ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

☒ (Federal) I declare that I employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 22, 2013, at Los Angeles, California.

s/Ashley R. Fickel