# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEFINA RODRIGUEZ,<br><br>                Plaintiff,<br>vs.<br><br>ASSET ACCEPTANCE, LLC;<br>FULTON, FRIEDMAN & GULLACE,<br>LLP, and DOES 1-10,<br><br>                Defendants. | CASE NO. 13cv177-GPC(RBB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>[Dkt. No. 15.] |

Based upon the parties stipulation, with good cause appearing, IT IS HEREBY ORDERED that the above-captioned matter is now dismissed with prejudice.

IT IS SO ORDERED.

DATED: May 28, 2013

HON. GONZALO P. CURIEL
United States District Judge